

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 30, 1939

Hon. O. Woodrow Laughlin
County Attorney
Jim Wells County
Alice, Texas

Dear Sir:

Opinion No. 0-136
Re: Jury fee tax for sheriff under
Article 3933

Your letter of January 11th, pertaining to jury fee tax for the sheriff under Article 3933 as amended has been received by this Department and wherein we are requested to answer the following:

"1. Is this jury fee taxed in all cases whether jury or non-jury?

"2. Are there any cases in which this fee is not taxed?"

You are respectfully advised that, in our opinion, this fee of 50¢ is taxed in both jury and non-jury cases and we know of no cases under the provisions of this Article 3933, as amended, in which this fee is not to be taxed.

Trusting that this answers your questions, we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Assistant

WmK:AW

APPROVED:

ATTORNEY GENERAL OF TEXAS